IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION No. 10-769 |
| v. | : | CIVIL ACTION No. 15-5143 |
| ABDUR RAZZAK TAI, M.D. | : | |

## **ORDER**

AND NOW, this 26th day of September, 2018, upon consideration of Defendant Abdur Razzak Tai, M.D.'s pro se Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody, the Government's opposition thereto, and Dr. Tai's counseled reply; after an evidentiary hearing on the Motion on April 26, 2017; and for the reasons set forth in the accompanying Memorandum, it is ORDERED the Motion (Document 115) is DENIED. Dr. Tai having failed to make a substantial showing of the denial of a constitutional right, a certificate of appealability shall not issue.

The Clerk of Court is directed to mark both of the above-captioned cases CLOSED.

BY THE COURT:

   /s/ Juan R. Sánchez
Juan R. Sánchez, C.J.